## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER CHARLES SNOWDEN,
Appellant,
vs.
KATHY IMAGENE SNOWDEN,
Respondent.

No. 78929

**FILED**

JUN 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed in this court on June 7, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Christopher Charles Snowden
     Willick Law Group

---

[1]Appellant's notice to voluntarily dismiss appeal filed on June, 14, 2019 is denied as moot.

19-27547